**Order entered February 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00475-CR

### EULALIO BRAVO MEZA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-00492-W

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing on why appellant's brief has not been filed. On January 29, 2020, the supplemental clerk's record was filed. We **ADOPT** the trial court's findings that (1) appellant wishes to prosecute this appeal; (2) appellant, who is indigent, is represented by appointed counsel J. Daniel Oliphant; and (3) counsel has not abandoned the appeal but needs additional time to file his brief.

We **ORDER** appellant's brief filed **on or before March 13, 2020**. We caution appellant that the failure to file a brief by that date will result in the Court taking whatever remedies it has to ensure this appeal proceeds in a more timely manner.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; to J. Daniel Oliphant; and to the Dallas County District Attorney's Office, Appellate Division.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE